UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

_____

In re:

GRAND ORLEANS VENTURES, LLC    Bankruptcy Case No. 08-09261

    Debtor,        Adversary Proceeding No. 10-80739

_____/

JEFF A. MOYER,

    Plaintiff,        Case No. 1:12-cv-21

v.              Hon. Janet T. Neff

JAMIE T. JACOBS et al.,

    Defendants.

_____/

## <u>ORDER APPROVING REPORT AND RECOMMENDATION</u>

The court has reviewed the Report and Recommendation filed January 10, 2012 by the United States Bankruptcy Judge in this action regarding the Motion for Entry of a Default Judgment. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1-1) is APPROVED and ADOPTED as the opinion of the court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Jeff A. Moyer, Trustee, and against Defendant Jamie T. Jacobs in the amount of $205,317.11, together with post-judgment interest at the statutory rate and costs of $250.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated: February 1, 2012       /s/Janet T. Neff_____
                JANET T. NEFF
                UNITED STATES DISTRICT JUDGE