UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

GRAND ORLEANS VENTURES, LLC	Bankruptcy Case No. 08-09261

       Debtor,	Adversary Proceeding No. 10-80739
_____/

JEFF A. MOYER,

       Plaintiff,	Case No. 1:12-cv-21

v.	Hon. Janet T. Neff

JAMIE T. JACOBS et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed January 10, 2012 by the United States Bankruptcy Judge in this action regarding the Motion for Entry of a Default Judgment. No objections have been filed.  Therefore,

       **IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1-1) is APPROVED and ADOPTED as the opinion of the court.

       **IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Jeff A. Moyer, Trustee, and against Defendant Jamie T. Jacobs in the amount of $205,317.11, together with post-judgment interest at the statutory rate and costs of $250.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated:  February 1, 2012	/s/Janet T. Neff
                                                              JANET T. NEFF
                                                              UNITED STATES DISTRICT JUDGE